GREAT AMERICAN INDEMNITY CO. *v.* WALTER.

[No. 27,283. Filed November 29, 1939.]

*P. C. Fergus,* and *Joseph Talbot, Jr.,* for appellant.
*George Sands,* for appellee.

PER CURIAM.—The party seeking to appeal having failed to file a proper and sufficient assignment of error, the appeal is dismissed.